IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LONNIE LEE POSLOF, JR., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTINA RHEE, THE LEGAL FUNDING GROUP OF GEORGIA, and DOES 1–20, <br><br> Defendants. | CIVIL ACTION NO.: 4:25-cv-106 |

**O R D E R**

Plaintiff filed a Motion for Service of Complaint. Doc. 21. The Court **DENIES** Plaintiff's Motion. Defendants Rhee and The Legal Funding Group of Georgia—the only two named Defendants—have already filed Answers to Plaintiff's Complaint. Docs. 13, 16. In addition, the Clerk of Court has issued a Scheduling Notice. Doc. 17. Plaintiff is advised he is responsible for identifying the Doe Defendants to assist the United States Marshals Service's efforts to serve these other Defendants. Fed. R. Civ. P. 4.

**SO ORDERED**, this 13th day of August, 2025.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA