**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

LONNIE LEE POSLOF, JR.,

      Plaintiff,

      v.

CHRISTINA RHEE, THE LEGAL FUNDING
GROUP OF GEORGIA, and DOES 1–20,

      Defendants.

CIVIL ACTION NO.: 4:25-cv-106

## **O R D E R**

Plaintiff filed a Motion for Reconsideration.  Doc. 43.  Plaintiff asks the Court to reconsider its January 21, 2026 Order dismissing Plaintiff's claims for failure to follow this Court's show cause Order.  Id.; see Doc. 42.  For the following reasons, the Court **DENIES** Plaintiff's Motion for Reconsideration.

A motion for reconsideration, or a Federal Rule of Civil Procedure 59(e) motion, is "an extraordinary remedy, to be employed sparingly."  Smith ex rel. Smith v. Augusta-Richmond County, No. CV 110-126, 2012 WL 1355575, at *1 (S.D. Ga. Apr. 18, 2012) (internal citation omitted).  "A movant must set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision."  Id.  (internal citation omitted).  The only grounds for granting a Rule 59 motion are newly[]discovered evidence or manifest errors of law or fact."  Jacobs v. Tempur-Pedic Intern., Inc., 626 F.3d 1327, 1344 (11th Cir. 2010) (quoting In re Kellogg, 197 F.3d 1116, 1119 (11th Cir. 1999) (internal punctuation omitted)).  "A Rule 59(e) motion cannot be used to litigate old matters, raise argument[,] or present evidence that could

have been raised prior to the entry of judgment." Id. (quoting Michael Linet, Inc. v. Village of Wellington, 408 F.3d 757, 763 (11th Cir. 2005) (alterations omitted)).

Plaintiff has not presented newly discovered evidence or manifest errors of law or fact to warrant reconsideration. Plaintiff merely explains why his response to the Court's show cause Order was untimely. Doc. 43 at 1. Plaintiff could have raised this point in his response. Moreover, the untimeliness of Plaintiff's response was not the Court's basis for dismissing his claims. As the Court stated in its January 21, 2026 Order, Plaintiff's response lacks merit because he "fail[ed] to provide any of the information requested in [the show cause] Order." Doc. 42 at 2 n.4. Plaintiff still has not provided that information. The Court discerns no reason to grant Plaintiff's Motion.

Thus, the Court **DENIES** Plaintiff's Motion for Reconsideration. The Court's January 21, 2026 Order remains the Order of the Court, and this case remains **CLOSED**.

**SO ORDERED**, this 24th day of March, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA